United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-19891-mdc
David Cruz, Sr.                                                             Chapter 13
Angelita Cruz
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 21, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13457037       E-mail/PDF: cbp@onemainfinancial.com Apr 21 2017 17:06:49      Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
                                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              SHERRI   DICKS    on behalf of Attorney Sherri  Dicks shrdlaw@hotmail.com,   shrdlaw@outlook.com
              SHERRI   DICKS    on behalf of Joint Debtor Angelita  Cruz shrdlaw@hotmail.com,   shrdlaw@outlook.com
              SHERRI   DICKS    on behalf of Debtor David  Cruz, Sr. shrdlaw@hotmail.com,   shrdlaw@outlook.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                          TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-19891-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

David Cruz, Sr.
2750 Tolbut Street
Philadelphia PA 19152

Angelita Cruz
2750 Tolbut Street
Philadelphia PA 19152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/19/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Springleaf Financial Services, PO Box 3251, Evansville, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/23/17

Tim McGrath
**CLERK OF THE COURT**