# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-19891-MDC

DAVID CRUZ, SR.
ANGELIA CRUZ
2750 TOLBUT STREET

PHILADELPHIA, PA 19152

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID CRUZ, SR.
    ANGELIA CRUZ
    2750 TOLBUT STREET

    PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

    SHERRI R. DICKS, ESQUIRE
    P.O. BOX 42251

    PHILADELPHIA, PA 19101-

Date: 11/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee