## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| David Cruz, Sr., | |
| Angelita Cruz, | Bankr. #14-19891/MDC |
| Debtors. | |
| | **Hearing:  January 24, 2018, 9:30 A.M.** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtors David Cruz, Sr. and Angelita Cruz have filed a Motion to Modify the Third Amended Plan approved by this court September 7, 2015.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your review on the motion, then on or before 14 days from the date of this notice, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at
    Office of the Clerk, United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA   19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:

    Sherri R. Dicks, Esquire
    Law Offices of Sherri R. Dicks, P.C.
    P.O. Box 42251
    Philadelphia, PA 19101

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the court may enter an order granting the relief requested in the motion.

2

3.      A hearing on the motion is scheduled before the **Honorable Magdeline D. Coleman,** United States Bankruptcy Judge, on **February 18, 2017** at **11 A.M.** in **Courtroom No. 2,** U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market St., Phila., PA 19107-4299.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: January 24, 2018                                  LAW OFFICES OF SHERRI R. DICKS, P.C.

                                                         By:   /s/Sherri Dicks
                                                                   SHERRI DICKS
                                                                   P.O. Box 42251
                                                                   Philadelphia, PA   19101
                                                                   Telephone:  (215) 735-2751
                                                                   Telecopier:  (215) 735-2753