**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
| David Cruz, Sr., | : | |
| Angelita Cruz, | : | Bankr. #14-19891/MDC |
| Debtors. | : | |
|  | : | **Hearing:  February 15, 2018, 9:30 A.M.** |
|  | : | |

**CERTIFICATION OF NO RESPONSE**

I, Sherri Dicks, Esquire, attorney for the above-named debtor, hereby certify that No Response was made to the Motion to Modify Plan of Reorganization Post-Confirmation filed January 24, 2018, and do respectfully request that the Order be entered as presented.

Respectfully submitted,

Dated:  February 8, 2018          LAW OFFICES OF SHERRI R. DICKS, P.C.

By:   /s/Sherri Dicks
SHERRI DICKS
Counsel for Debtor