## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>David Cruz, Sr.,<br>Angelita Cruz,<br>Debtors. | Chapter 13<br><br>Bankr. #14-19891/MDC<br><br>Hearing: January 24, 2018, 9:30 A.M. |

### ORDER

AND NOW, this __19½__ day of __July__, 2018, upon consideration of

Debtors' Chapter 13 Plan, it is hereby

**ORDERED** that the motion of Debtors David Cruz, Sr. and Angelita Cruz to modify the

Third Amended Plan Post-Confirmation is **GRANTED**, and

**IT IS FURTHER ORDERED** that Counsel for the Debtors shall serve the Fourth Amended

Plan upon all interested parties within ten (10) days of the entry of this Order.

BY THE COURT:

_/s/ Magdeline D. C_____
Magdeline D. Coleman
United States Bankruptcy Judge