United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19891-mdc
David Cruz, Sr.                                                           Chapter 13
Angelita Cruz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Jul 23, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db/jdb         +David Cruz, Sr.,   Angelita Cruz,   2750 Tolbut Street,   Philadelphia, PA 19152-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SHERRI  DICKS    on behalf of Joint Debtor Angelita  Cruz shrdlaw@hotmail.com,   shrdlaw@outlook.com
              SHERRI  DICKS    on behalf of Attorney Sherri  Dicks shrdlaw@hotmail.com,   shrdlaw@outlook.com
              SHERRI  DICKS    on behalf of Debtor David  Cruz, Sr. shrdlaw@hotmail.com,   shrdlaw@outlook.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>David Cruz, Sr.,<br>Angelita Cruz,<br>  Debtors. | Chapter 13<br><br>Bankr. #14-19891/MDC<br><br>**Hearing: January 24, 2018, 9:30 A.M.** |

## ORDER

AND NOW, this __19th__ day of __July__, 2018, upon consideration of Debtors' Chapter 13 Plan, it is hereby

**ORDERED** that the motion of Debtors David Cruz, Sr. and Angelita Cruz to modify the Third Amended Plan Post-Confirmation is **GRANTED**, and

**IT IS FURTHER ORDERED** that Counsel for the Debtors shall serve the Fourth Amended Plan upon all interested parties within ten (10) days of the entry of this Order.

BY THE COURT:

_____
Magdeline D. Coleman
United States Bankruptcy Judge