United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Cruz, Sr.  
Angelita Cruz  
    Debtors

Case No. 14-19891-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jul 22, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.  
db/jdb        +David Cruz, Sr.,    Angelita Cruz,    2750 Tolbut Street,    Philadelphia, PA 19152-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:

       ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JOSHUA I. GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC Josh.Goldman@padgettlawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       SHERRI DICKS    on behalf of Joint Debtor Angelita Cruz shrdlaw@hotmail.com, shrdlaw@outlook.com  
       SHERRI DICKS    on behalf of Attorney Sherri Dicks shrdlaw@hotmail.com, shrdlaw@outlook.com  
       SHERRI DICKS    on behalf of Debtor David Cruz, Sr. shrdlaw@hotmail.com, shrdlaw@outlook.com  
       THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                    TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 22, 2020

To: **Sherri Dicks, Esq.**

In re: **David & Angelita Cruz**
Bankruptcy No. **14-19891 mdc**
Adversary No.
Chapter **13**

Re **Supplemental Application for Compensation**

The above pleading was filed in this office on **2/7/2020.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

( ) Affidavit
( ) Certificate of Service
(**XX**) Certification of no response
( ) Notice pursuant to Rule 9019
( ) Notice pursuant to Rule 2002
( ) Notice pursuant to Rule 3007.1
( ) Proof of Claim number not noted on
    objection pursuant to Rule 3007.1(a)
( ) Proposed Order
( ) Stipulation
( ) Certification of Default
( ) Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: Yvette Woods
    Deputy Clerk

status.frm
(rev. 11/26/2018)