## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| David Cruz, Sr., | |
| Angelita Cruz, | Bankr. #14-19891/MDC |
|     Debtors. | |

## **CERTIFICATION OF NO RESPONSE**

I, Sherri Dicks, Esquire, attorney for the above-named debtors, hereby certify that No Response was made to the Application for Supplemental Compensation and Reimbursement of Expenses filed February 7, 2020, and do respectfully request that the Order be entered as presented.

Respectfully submitted,

Dated: July 27, 2020      LAW OFFICES OF SHERRI R. DICKS, P.C.

By:   /s/Sherri Dicks
SHERRI DICKS
Counsel for Debtors