# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: David Cruz, Sr., | : | Chapter 13 |
| Angelita Cruz, | : | |
| | : | Bankruptcy #14-19891/MDC |
| Debtors. | : | |

## ORDER APPROVING SUPPLEMENTAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

AND NOW, this ___5th___ day of ___August___, 2020, it is hereby **ORDERED** that $**500.00** is approved as counsel fees, in the captioned case to Sherri Dicks, Esquire, P.O. Box 42251, Philadelphia, PA 19101, for the services rendered and to be rendered as described in such Supplemental Application for Compensation and Reimbursement of Expenses, and it is

**ORDERED** that $**0.00** filing fee is approved as a valid cost/expense; and it is

**ORDERED** that the remaining balance of costs and fees in the amount of **$500.00** is due and owing.

BY THE COURT:

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:   Sherri Dicks, Esquire
      P.O. Box 42251
      Philadelphia, PA  19101
      U.S. Trustee
      Chapter 13 Standing Trustee
      Debtor
      All Creditors of Record