United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Cruz, Sr.
Angelita Cruz
       Debtors

Case No. 14-19891-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Aug 05, 2020
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db/jdb         +David Cruz, Sr.,   Angelita Cruz,   2750 Tolbut Street,   Philadelphia, PA 19152-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                  Signature: _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOSHUA I. GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC Josh.Goldman@padgettlawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      SHERRI  DICKS    on behalf of Joint Debtor Angelita  Cruz shrdlaw@hotmail.com, shrdlaw@outlook.com
      SHERRI  DICKS    on behalf of Attorney Sherri  Dicks shrdlaw@hotmail.com, shrdlaw@outlook.com
      SHERRI  DICKS    on behalf of Debtor David  Cruz, Sr. shrdlaw@hotmail.com, shrdlaw@outlook.com
      THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                           TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  David Cruz, Sr., | : | Chapter 13 |
| Angelita Cruz, | : | |
| | : | Bankruptcy #14-19891/MDC |
| Debtors. | : | |

## ORDER APPROVING SUPPLEMENTAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

**AND NOW**, this ___5th___ day of ___August___, 2020, it is hereby **ORDERED** that $**500.00** is approved as counsel fees, in the captioned case to Sherri Dicks, Esquire, P.O. Box 42251, Philadelphia, PA 19101, for the services rendered and to be rendered as described in such Supplemental Application for Compensation and Reimbursement of Expenses, and it is

**ORDERED** that $**0.00** filing fee is approved as a valid cost/expense; and it is

**ORDERED** that the remaining balance of costs and fees in the amount of **$500.00** is due and owing.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:   Sherri Dicks, Esquire
      P.O. Box 42251
      Philadelphia, PA  19101
      U.S. Trustee
      Chapter 13 Standing Trustee
      Debtor
      All Creditors of Record