United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                 Case No. 14-19891-mdc
David Cruz, Sr.                                                                                                  Chapter 13
Angelita Cruz
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: YvetteWD | Page 1 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Cruz, Sr., Angelita Cruz, 2750 Tolbut Street, Philadelphia, PA 19152-2112 |
| aty | + | Sherri Dicks, Law Offices of Sherri R. Dicks, P.C., P.O. Box 42251, Philadelphia, PA 19101-2251 |
| 13442472 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB / Macys, P.O. Box 8218, Mason, OH 45040 |
| 13442473 | + | First Premier Bank, Card Services, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 13442477 | + | Law Offices of Sherri R. Dicks, P.C., P.O. Box 42251, Philadelphia, PA 19101-2251 |
| 13461336 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy dept 3FL |
| 13456225 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 13450539 | + | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2020 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:00:46 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:04:21 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | | Email/Text: peritus@ebn.phinsolutions.com | Oct 17 2020 01:10:00 | PERITUS PORTFOLIO SERVICES II, LLC assignee for NC, P.O. BOX 141419, IRVING, TX 75014-1419 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:04:22 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:04:20 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13447653 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:02:34 | Ascension Capital Group, Attn: Capital One Auto Finance, a, division of Capital One, N.A |

Case 14-19891-mdc   Doc 82   Filed 10/18/20   Entered 10/19/20 01:36:38   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: YvetteWD | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13522621 | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13484780 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 17 2020 02:02:34 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13442471 | + | Email/Text: mediamanagers@clientservices.com | Oct 17 2020 01:07:00 | Client Services Inc., 3451 Harry Truman Boulevard, Saint Charles, MO 63301-9816 |
| 13442474 | | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:31 | GECRB / JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 13442476 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2020 01:08:00 | Internal Revenue, U.S. Department of the Treasury, 600 Arch Street, Rm. 5200, Philadelphia, PA 19105 |
| 13442478 | | Email/Text: camanagement@mtb.com | Oct 17 2020 01:08:00 | M & T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 13455420 | | Email/Text: camanagement@mtb.com | Oct 17 2020 01:08:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 13442479 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 17 2020 01:08:00 | PECO Energy, Attn: Bankruptcy Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13464909 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 17 2020 01:08:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13511811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:02:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13594792 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 17 2020 01:10:00 | Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 13484973 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2020 01:09:00 | Premier Bankcard, Llc., c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13458177 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 17 2020 02:04:23 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 13457037 | | Email/PDF: cbp@onemainfinancial.com | Oct 17 2020 02:04:19 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 13529740 | | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:00:44 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 13448397 | | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13493564 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 17 2020 02:02:33 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13442480 | + | Email/Text: bnc@alltran.com | Oct 17 2020 01:07:00 | United Recovery Systems, 5800 N. Course Dr., Houston, TX 77072-1613 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13582582 | *+ | Law Offices of Sherri R. Dicks, P.C., P.O. Box 42251, Philadelphia, PA 19101-2251 |
| 13442475 | ##+ | HH Gregg, 4151 E 96th St, Indianapolis, IN 46240-1442 |
| jdb | *+ | Angelita Cruz, 2750 Tolbut Street, Philadelphia, PA 19152-2112 |

Case 14-19891-mdc Doc 82 Filed 10/18/20 Entered 10/19/20 01:36:38 Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: YvetteWD | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 35 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020                                Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW F GORNALL | on behalf of Creditor Lakeview Loan Servicing LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Lakeview Loan Servicing LLC Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| SHERRI DICKS | on behalf of Debtor David Cruz Sr. shrdlaw@hotmail.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Joint Debtor Angelita Cruz shrdlaw@hotmail.com shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Attorney Sherri Dicks shrdlaw@hotmail.com shrdlaw@outlook.com |
| THOMAS I. PULEO | on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: David Cruz, Sr. and Angelita Cruz
       Debtor(s)                                  Bankruptcy No: 14−19891−mdc
                                                        Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                           For The Court
                                                       Timothy B. McGrath
                                                       Clerk of Court

Dated: 10/16/20

                                                                                        81 − 79
                                                                                  Form 138_new